■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEETA THERESA OUMADATT, Appellant.—Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on April 27, 1987, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Sullivan, J. P., Asch, Milonas, Ellerin and Wallach, JJ.